**Richard Lyle PLAUTZ, Appellant,**

v.

**Mary Lou PLAUTZ, Respondent.**

**No. WD 42467.**

Missouri Court of Appeals, Western District.

July 3, 1990.

Joe D. Holt, Fulton, for appellant.

Milton B. Garber, Fulton, for respondent.

Before MANFORD, P.J., and
KENNEDY and TURNAGE, JJ.

## ORDER

PER CURIAM.

Husband Richard L. Plautz appeals the $800 per month permanent maintenance award, $100 per month child support award and the division of property in a decree of dissolution dated September 1, 1989.

Judgment affirmed.   Rule 84.16(b).